People v Lazareth P. (2025 NY Slip Op 03540)

People v Lazareth P.

2025 NY Slip Op 03540

Decided on June 10, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 10, 2025

Before: Moulton, J.P., González, Mendez, Pitt-Burke, Rosado, JJ. 

SCI No. 70444/20|Appeal No. 4571|Case No. 2021-00447|

[*1]The People of the State of New York, Respondent,
v
Lazareth P., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Jonathan Garelick of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Claire Lynch of counsel), for respondent.

Judgment, Supreme Court, New York County (Stephen N. Antignani, J.), rendered February 2, 2021, convicting defendant, upon his plea of guilty, of assault in the third degree, adjudicating him a youthful offender, and sentencing him to a conditional discharge of one year, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US __, 140 S Ct 2634 [2020]). The combination of the court's oral colloquy with defendant and the detailed written waiver that he signed after consultation with counsel satisfied the requirements of a valid waiver. This waiver forecloses review of his challenge to the issuance of an order of protection (see People v Haskins, 231 AD3d 449, 450 [1st Dept 2024]; People v Frasqueri, 193 AD3d 464 [1st Dept 2021], lv denied 37 NY3d 965 [2021]).
Moreover, defendant failed to preserve his challenge to the order of protection on grounds that the court did not articulate on the record its reason for issuing the order (CPL 530.13[4]; see People v Nieves, 2 NY3d 310, 315-316 [2004]; People v Rickertt, 181 AD3d 429, 430 [1st Dept 2020], lv denied 35 NY3d 1048 [2020]), and we decline to review it in the interest of justice (see People v Bryant. 132 AD3d 502, 502 [1st Dept 2015], lv denied 26 NY3d 1086 [2015]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 10, 2025